UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BRENDA RICHARDSON** | * | **CIVIL NO. 10-0883** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **WYETH INC., ET AL** | * | **MAGISTRATE JUDGE HILL** |

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation, *R. 91*, is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED that the Motion to Dismiss filed by defendant, Actavis Elizabeth, L.L.C.[Rec. Doc. 80] be **GRANTED**, and that this action be **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 6th day of November, 2011, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE